UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RECEIVED**

SEP 2 3 2003

CLERK'S OFFICE
U.S. DISTRICT COURT

MICHAEL M. BRETTING

    Plaintiff,

vs.

Case No.: 03-73256

HON. JOHN CORBETT O'MEARA

EASTERN MICHIGAN UNIVERSITY

    Defendant.

**FILED**

SEP 2 4 2003

CLERK'S OFFICE
U.S. DISTRICT COU'
EASTERN MICHIGA

| | |
|---|---|
| SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.<br>Joseph A. Golden (P14105)<br>Attorneys for Plaintiff<br>2000 Town Center, Suite 900<br>Southfield, MI 48075<br>(248) 355-0300 | DYKEMA GOSSETT PLLC<br>James P. Greene (P33911)<br>Debra M. McCulloch (P31995)<br>Attorneys for Defendant<br>315 East Eisenhower Parkway, Suite 100<br>Ann Arbor, MI 48108-3306<br>(734) 214-7667; (248) 203-0758 |

## STIPULATED ORDER REGARDING FACILITATION AND CASE DATES

This matter having come before the Court upon the stipulation of the parties, and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that Plaintiff Michael Bretting and Defendant Eastern Michigan University shall engage in voluntary non-binding facilitation. The parties will participate in facilitation on November 25, 2003 at 9:00 a.m. with former Wayne County Circuit Court Judge Richard Kaufman, a facilitator that they have mutually agreed upon. The parties will share the costs of the facilitation equally.

IT IS FURTHER ORDERED that the time for Defendant Eastern Michigan University to respond to Plaintiff's Amended Complaint and all other case dates in this matter, including the

Rule 26(f) Conference and Rule 26 (a) Disclosures shall be held in abeyance pending the outcome of the facilitation.

_____
District Court Judge

IT IS SO STIPULATED:

SOMMERS, SCHWARTZ, SILVER &          DYKEMA GOSSETT PLLC
SCHWARTZ, P.C.

By:_____   By:_____
Joseph A. Golden (P14105)            James P. Greene (P33911)
Attorneys for Plaintiff              Debra M. McCulloch (P31995)
2000 Town Center, Suite 900          Attorneys for Defendant
Southfield, MI 48075                 315 East Eisenhower Parkway, Suite 100
(248) 355-0300                       Ann Arbor, MI 48108-3306
                                     (734) 214-7667; (248) 203-0758

BH01\425483.1
ID\DMM

Rule 26(f) Conference and Rule 26 (a) Disclosures shall be held in abeyance pending the

outcome of the facilitation.

_____

District Court Judge

IT IS SO STIPULATED:

SOMMERS, SCHWARTZ, SILVER &          DYKEMA GOSSETT PLLC
SCHWARTZ, P.C.

By: _____          By: _____
    Joseph A. Golden (P14105)              James P. Greene (P33911)
    Attorneys for Plaintiff                Debra M. McCulloch (P31995)
    2000 Town Center, Suite 900            Attorneys for Defendant
    Southfield, MI 48075                   315 East Eisenhower Parkway, Suite 100
    (248) 355-0300                         Ann Arbor, MI 48108-3306
                                           (734) 214-7667; (248) 203-0758

BH01\025483.1
ID\DMM